THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIER VALENTINE, Appellant.

Submitted January 11, 2016; decided January 14, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL VIRUET, Appellant.

Submitted January 11, 2016; decided January 14, 2016

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

In the Matter of MAXINE TODD, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION OFFICE OF LEGAL AFFAIRS, CLAIMS DIVISION, Respondent.

Submitted December 7, 2015; decided January 14, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.